

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2015

No. 04-15-00338-CV

Arthur **BUTCHER**,
Appellant

v.

**CITY OF SAN ANTONIO, ACTING BY AND THROUGH ITS AGENT CITY PUBLIC
SERVICE BOARD D/B/A CPS ENERGY,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05172
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The Appellee's motion for extension of time to file brief is hereby GRANTED. Time is
extended to December 23, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 11th day of December, 2015.



Keith E. Hottle
Clerk of Court